CROCHEREN v. NORTH SHORE STATEN ISLAND FERRY COMPANY, appellant.

*Negligence — brass covering for stairs.*

The use of a brass covering to stairs upon a ferry-boat, which by long wear has become so slippery as to be unsafe, is such negligence upon the part of the company owning the boat as to render it liable for an injury to a passenger caused by slipping upon the stairs.

APPEAL from a judgment in favor of plaintiff, rendered upon the verdict of a jury, and from an order denying a new trial.

The plaintiff, Mary Crocheren, on the 28th of August, 1871, took passage on defendants' ferry-boat, running from New York city to

Crocheren v. North Shore Staten Island Ferry Co.

Staten Island. As the boat was approaching the landing, plaintiff started to leave it, and was descending some stairs for that purpose, when, by reason of some movement of the boat, she slipped and fell, or was thrown to the bottom of the stairway. By the accident her leg was broken and her ankle dislocated.

The stairs in question were covered with brass. The metal where it went over the edge of the stairs was worn very smooth. It was shown, on the part of the defense, that brass coverings were very generally used upon steamers for stairs, and that the nosing or edge of the stair was usually covered with smooth brass.

*Alvin C. Bradley*, for appellant, cited *Gardner* v. *Heartt*, 3 Den. 232; *Tonawanda R. R. Co.* v. *Munger*, 5 id. 255 ; Shearm. & Redf. on Neg., §§ 6, 7, 9, 265; *Yuller* v. *Talbot*, 23 Ill. 857 ; *Ford* v. *L. and S. Railway Co.*, 2 F. & F. 730 ; *Bowen* v. *N. Y. C. R. R. Co.*, 18 N. Y. 408; *Corman* v. *Eastern Railway Co.*, 4 Hurlst. & N. 781; *Sherman* v. *Western Trans. Co.*, 62 Barb. 150 ; *Olmsted* v. *Watertown R. R. Co.*, id. 158; *Steinweg* v. *Erie Railway Co.*, 43 N. Y. 123 ; *Taft* v. *Carter*, 59 Barb. 57.

*Andrews & Murphy*, for respondent, cited *Ford* v. *L. and N. Railway Co.*, 2 F. & F. 730 ; *Hegeman* v. *W. R. R. Co.*, 13 N. Y. 9 ; *Bedell* v. *L. I. R. R. Co.*, 44 id. 367; *Caldwell* v. *Murphy*, 1 Duer, 233 ; *Maverick* v. *E. A. R. R. Co.*, 36 N. Y. 378; *Brown* v. *N. Y. C. R. R. Co.*, 34 id. 406 ; *Alden* v. *N. Y. C. R. R. Co.*, 26 id. 102.

BARNARD, P. J. The defendants covered the steps of the stairs leading from the lower to the upper deck of their ferry-boat, with brass. The plaintiff, a passenger, in passing down carefully, slips and falls to the bottom, severely injuring herself. No claim is made that plaintiff's negligence contributed to the injury. The jury have found that a brass covering to stairs, which has become so slippery as to be dangerous to persons using them carefully, furnishes proof of negligence on the part of the company permitting the use of such stairs. I concur in the findings. It is a universal result that either iron or brass, corrugated or otherwise, will, by friction of the feet, become so slippery as to be unsafe. A common use of such a step will not protect a company permitting its use, if an accident is caused thereby. That would be a sacrifice of safety of passengers to the durability of the stairs.

*Judgment affirmed, with costs.*